UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLIOTT D. GOODIN,<br><br>                Plaintiff,<br><br>v.<br><br>CLEO POWELL-SHARP and MICHELLE DOE,<br><br>                Defendants. | NO. 2:19-CV-0225-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Oral Motion to Dismiss Action without Prejudice. ECF No. 14. The Court has reviewed the record and files herein, and is fully informed. During a court hearing on another matter, Plaintiff orally informed the Court that he no longer wishes to pursue this case and considers it dismissed. Defendants in this matter have not been served and have not filed an answer or motion for summary judgment. ECF No. 12. The Court construes Plaintiff's oral motion as a notice of dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) & (a)(1)(B).

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Oral Motion to Dismiss Action with Prejudice (ECF No. 14) is GRANTED. This action in its entirety is **DISMISSED** without prejudice and each party shall bear its own costs and attorneys' fees.

2. All pending motions are denied as moot and related hearing dates are stricken from the Court's calendar.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to Plaintiff and counsel, and **CLOSE** the file.

**DATED** February 6, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2